# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-101-RJC-DCK

| | |
|---|---|
| 2 HOUNDS DESIGN, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JESSICA BREZINSKI, and USA DOG SHOP, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Ross R. Fulton, concerning Ronald E. Steinvurzel on March 25, 2013. Mr. Steinvurzel seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice Pro Hac Vice" (Document No. 6) is **GRANTED.** Mr. Ronald E. Steinvurzel is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: March 25, 2013

David C. Keesler
United States Magistrate Judge