IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-101-RJC-DCK

| | |
|---|---|
| 2 HOUNDS DESIGN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JESSICA BREZINSKI, and USA DOG SHOP, )<br>LLC, )<br>)<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff "2 Hounds Design's Motion For Protective Order" (Document No. 14) filed September 29, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that the parties have stipulated to a Protective Order And Confidentiality Agreement, the undersigned will grant the request for entry of a Protective Order. See (Document No. 22).

**IT IS, THEREFORE, ORDERED** that Plaintiff "2 Hounds Design's Motion For Protective Order" (Document No. 14) is **GRANTED**.

Signed: November 18, 2013

David C. Keesler
United States Magistrate Judge