IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-101-RJC-DCK

| | |
|---|---|
| 2 HOUNDS DESIGN, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| JESSICA BREZINSKI, and USA DOG SHOP, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "2 Hounds Design's Consent Motion To Withdraw Motion For Summary Judgment Without Prejudice To Refile" (Document No. 56) filed May 5, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Defendants' counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "2 Hounds Design's Consent Motion To Withdraw Motion For Summary Judgment Without Prejudice To Refile" (Document No. 56) is **GRANTED**.

**SO ORDERED**.

Signed: May 5, 2014

David C. Keesler
United States Magistrate Judge