**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-101-RJC-DCK**

| | | |
|---|---|---|
| **2 HOUNDS DESIGN, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JESSICA BREZINSKI, and** | ) | |
| **USA DOG SHOP, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To File Under Seal" (Document No. 64) filed July 21, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To File Under Seal" (Document No. 64) is **GRANTED**.

**SO ORDERED**.

Signed: July 22, 2014

David C. Keesler
United States Magistrate Judge