IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-101-RJC-DCK

| | |
|---|---|
| 2 HOUNDS DESIGN, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| JESSICA BREZINSKI, and USA DOG SHOP, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "2 Hounds Design's Consent Motion To File Response To Summary Judgment Motion Under Seal" (Document No. 72) filed August 15, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "2 Hounds Design's Consent Motion To File Response To Summary Judgment Motion Under Seal" (Document No. 72) is **GRANTED**.

**SO ORDERED**.

Signed: August 18, 2014

David C. Keesler
United States Magistrate Judge