IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-101-RJC-DCK

| | | |
|---|---|---|
| 2 HOUNDS DESIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JESSICA BREZINSKI, and | ) | |
| USA DOG SHOP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To File Under Seal" (Document No. 75) filed August 25, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To File Under Seal" (Document No. 75) is **GRANTED**.

**SO ORDERED**.

Signed: August 26, 2014

David C. Keesler
United States Magistrate Judge