IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-101-RJC-DCK

| | |
|---|---|
| 2 HOUNDS DESIGN, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JESSICA BREZINSKI, and USA DOG SHOP, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Joint Motion To Continue Trial …" (Document No. 80) on October 23, 2014, and a "Joint Status Report" (Document No. 81) on December 3, 2014, notifying the Court that the parties have reached a settlement. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal on or before **January 15, 2015**.

Signed: December 4, 2014

David C. Keesler
United States Magistrate Judge